United States District Court
For The
Southern District of Illinois

Brannon I. Randall
Plaintiff

Vs.

Shannon Bradley
Defendant

Randall v. Bradley at al
Case Number: 3:23-cv-02206-SPM

1 of 2

"MOTION FOR CHANGE OF ADDRESS"

Now comes Plaintiff, Brannon I. Randall, pro-se, respectfully informing the Clerk of Courts of my change of address after 5-3-2024. This is Plaintiff's MSR release date from the Illinois Department of Corrections. Plaintiff's parole address will be located at P.O. Box 16, Equality, Illinois 62934. Plaintiff prays this courts will accept this motion and for the Clerk of Courts to enter in my new address as of 5-3-2024.

New address:
Brannon I. Randall
P.O. Box 16
Equality, IL. 62934

2 of 2

DECLARATION: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

/s/ Brannon I. Randall
Brannon I. Randall

Date: 4-24-24

Affirmed before me 4-24-2024

OFFICIAL SEAL
BARRY M. WITTLER
Notary Public - State of Illinois
My Commission Expires 12/09/2026

Barry M Wittler

Brannon Randall #B-29436
950 Kings Highway
Southwestern SWICC
East St. Louis, IL.
62203

This Correspondence
Is from a individual
In custody of the
Illinois Department
Of Corrections

United States District Court
Clerk of Courts
750 Missouri Ave.
East St. Louis, IL
62201

(LEGAL MAIL)

MAIL CLEARED US MARSHALS

SAINT LOUIS MO 630
25 APR 2024 PM 4 L
FIRST-CLASS
US POSTAGE (IMI) PITNEY BOWES
ZIP 62203
02 7H
0001304868
$ 000.64⁰
APR 25 2024

62201-295429

