IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRANNON I. RANDALL,

       Plaintiff,

v.                                              Case No. 23-CV-02206-SPM

SHANNON BRADLEY,

       Defendant.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 19, 2024 (Doc. 29), this action is **DISMISSED with prejudice**.

**DATED: December 19, 2024**

                                MONICA A. STUMP,
                                **Clerk of Court**

                              By: *s/ Jackie Muckensturm*
                                  **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
               **STEPHEN P. MCGLYNN**
               **U.S. District Judge**